**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11-cr-00020-TWP-VTW-01 |
| | ) | 4:11-cr-00021-TWP-VTW-01 |
| COURTNEY CROUCH | ) | 4:13-cr-00019-TWP-VTW-01 |
| a/k/a COURTNEY L. CROUCH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 15, 2018, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision and the United States Probation Office's Supplemental Petition for Warrant or Summons for Offender Under Supervision. The parties waived the fourteen-day period to object to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 6/18/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

William Lance McCoskey
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
william.mccoskey@usdoj.gov

Jonathan S. Ricketts
JONATHAN RICKETTS ATTORNEY AT LAW
jricketts@rickettslawoffices.com